# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MARIA RODRIGUEZ et al.,

    Plaintiffs,

v.                                    CASE NO. 4:16cv801-RH/CAS

MOLINA HEALTHCARE OF
FLORIDA, INC.,

    Defendant.

_____/

## ORDER ALLOWING DEPOSITIONS OF PLAINTIFFS

The defendant moved for leave to depose five plaintiffs whose claims will be tried in the initial trial. The order of October 18, 2018 indicated that the defendant would be allowed to conduct limited depositions of the five plaintiffs unless the plaintiffs responded to the motion, in which event the issue would be considered de novo. The plaintiffs filed a timely response. After de novo consideration, this order adheres to the terms of the October 18 order but extends the deadline for the depositions.

One of the plaintiffs' assertions is that the depositions will require the plaintiffs to travel or miss work. The October 18 order was framed to avoid or

minimize that. The plaintiffs may choose to be deposed in their home counties. So long as they are reasonably available, they may choose to be deposed in the evening or on the weekend. If the defendant agrees, the plaintiffs may be deposed by telephone. If both sides agree, the plaintiffs may be deposed in Tallahassee when they travel for the trial. This need not be onerous.

    IT IS ORDERED:

    The defendant may conduct depositions as authorized by the October 18 order, but the deadline to take the depositions is extended to November 23, 2018 (and may be taken later if both sides agree).

    SO ORDERED on November 5, 2018.

                                            s/Robert L. Hinkle
                                            United States District Judge